Clear Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Isaak Korsunskiy

        Plaintiff,

vs.

Michael Chertoff et al

        Defendant.

CASE NO. C 07 3281 SC

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, __Isaak Korsunskiy_____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?      Yes ✔ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $1279.60      Net: $1101.08

Employer: Utility Workshop- San Francisco, CA

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.   Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7     a.   Business, Profession or           Yes ___ No ✔

8          self employment?

9     b.   Income from stocks, bonds,        Yes ___ No ✔

10         or royalties?

11    c.   Rent payments?                    Yes ___ No ✔

12    d.   Pensions, annuities, or           Yes ___ No ✔

13         life insurance payments?

14    e.   Federal or State welfare payments, Yes ___ No ✔

15         Social Security or other govern-

16         ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 _____

20 _____

21 3.   Are you married?                     Yes ✔ No ___

22 Spouse's Full Name: Mariya Iosefovna Korsunskaya

23 Spouse's Place of Employment: None- Disabled

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $ 474.51 (SSI)                     Net $ _____

26 4.   a.   List amount you contribute to your spouse's support:$ 0

27    b.   List the persons other than your spouse who are dependent upon you for support

28         and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

N/A

5. Do you own or are you buying a home?      Yes ___ No ✔

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?      Yes ___ No ✔

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ✔ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: Polam Federal Credit Union- Russian America Branch

5923 Geary Blvd. San Francisco, CA 94121

Present balance(s): $ 1106.08

Do you own any cash? Yes ✔ No ___ Amount: $ 300.00

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)      Yes ___ No ✔

8. What are your monthly expenses?

Rent: $ 896.00              Utilities: 75.98

Food: $ 450.00              Clothing: 50.00

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| N/A | $ | $ |
| N/A | $ | $ |
| N/A | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

No

1
2   10.    Does the complaint which you are seeking to file raise claims that have been presented in
3   other lawsuits?   Yes ___  No ✔
4   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5   which they were filed.
6   _____
7   _____
8   I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9   false statement herein may result in the dismissal of my claims.
10
11   05/18/07                                    Korsunsky
12      DATE                                    SIGNATURE OF APPLICANT

- 4 -