UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ISAAK KORUNSKIY<br><br>        Plaintiff(s),<br>        (Petitioner)<br>-V-<br><br>DEPT. OF HOMELAND SECURITY<br><br>        Defendant(s),<br>        (Respondent) | CV 07-03281 SC<br><br>ORDER PERMITTING FILING IN FORMA PAUPERIS AND FOR ISSUANCE OF PROCESS |

      IT IS ORDERED that the above entitled action be filed in forma pauperis and that the Clerk issue summons.

      IT IS FURTHER ORDERED that the U.S. Marshal, for the Northern District of California, serve, without prepayment of fees, a copy of the complaint, any amendments, attachments, scheduling orders, plaintiff's affidavit and this order upon the defendant.

DATED:   July 5, 2007

*[signature]*

UNITED STATES JUDGE

(NOT TO BE USED IN HABEAS CORPUS CASES)

NDC CSA-7  REV. 1/83