SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ISAAK KORSUNSKIY, <br>     Plaintiff, <br> v. <br> Department of Homeland Security, MICHAEL CHERTOFF, Secretary; United States Citizenship and Immigration Services, EMILIO T. GONZALEZ, Director; United States Citizenship and Immigration Services, ROSEMARY MELVILLE, District Director; U.S. Attorney General, ALBERTO GONZALES; Federal Bureau of Investigation, ROBERT S. MUELLER, III, Director, <br>     Defendants. | No. C 07-3281 SC <br><br> **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C07-3281 SC                                                        1

| | | |
|---|---|---|
| 1 | Dated: August 3, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| | | United States Attorney |
| 3 | | |
| 4 | | _____/s/_____ |
| | | EDWARD A. OLSEN |
| 5 | | Assistant United States Attorney |
| | | Attorneys for Defendants |
| 6 | | |
| 7 | | |
| | Dated: August 3, 2007 | _____/s/_____ |
| 8 | | MONICA KANE |
| | | Attorney for Plaintiff |
| 9 | | |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____
SAMUEL CONTI
United States District Judge

Stipulation to Dismiss
C07-3281 SC                                    2